```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PHILIPP HYMPENDAHL,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :          20-CV-457 (VSB)
              -against-                                     :
                                                            :               ORDER
NEW YORK INTELLIGENCE AGENCY                                :
INC.,                                                       :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2020
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on January 16, 2020, (Doc. 1), and filed an affidavit of service on January 21, 2020, (Doc. 4). The deadline for Defendant to respond to Plaintiff's complaint was February 11, 2020. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases within forty-five (45) days of this order. If Plaintiff fails to do so or to otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   June 16, 2020
         New York, New York

                                             Vernon S. Broderick
                                             United States District Judge