```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/2/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PHILIPP HYMPENDAHL,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :       20-CV-457 (VSB)
                                                            :
              -against-                                     :         **ORDER**
                                                            :
NEW YORK INTELLIGENCE AGENCY                                :
INC.,                                                       :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On January 17, 2020, the Clerk's Office directed Plaintiff's counsel to complete and file the required AO 121 form. To date, counsel has not filed this form. Accordingly, it is hereby:

ORDERED that Plaintiff's counsel file the AO 121 form by August 5, 2020

SO ORDERED.

Dated: August 2, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge